SEALED

```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-mj-725-GWF |
| Plaintiff, | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| vs. | |
| TERRANCE McFARLAND, | |
| Defendant. | |

COMES NOW the United States of America, by and through its attorneys, DANIEL G. BOGDEN, United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the Criminal Complaint and all subsequent and further proceedings in the above-captioned case.

Dated this the 18th day of November, 2014.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

By: /s/ Phillip N. Smith, Jr.
PHILLIP N. SMITH, JR.
Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:14-mj-725-GWF |
| Plaintiff, ) | |
| ) | **ORDER TO UNSEAL CASE** |
| vs. ) | |
| TERRANCE McFARLAND, ) | |
| Defendant. ) | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Criminal Complaint filed on November 3, 2014 in the above-captioned case, along with all subsequent and further proceedings, shall be unsealed.

DATED this 20th day of November, 2014.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

2